◆AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Southern District of California

FILED
08 MAY -1  AM 9:41
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

_____ DEPUTY

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| JAMES DEWAYNE MCPHERSON | ) Case No: 89-CR-0940-JLS |
| | ) USM No: 19695-198 |
| Date of Previous Judgment: 01/28/1991 | ) Federal Defenders, Inc., by: Janet Tung |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED.  [✓] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **262** months **is reduced to** **TIME SERVED**.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 38 | Amended Offense Level: | 36 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 262 to 327 months | Amended Guideline Range: | 210 to 262 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

[✓] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

### III. ADDITIONAL COMMENTS

Defendant's request for "unsupervised" supervised release is DENIED.

Except as provided above, all provisions of the judgment dated **01/28/1991** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 04/30/2008

_____
Judge's signature

Effective Date: 05/10/2008
(if different from order date)

JANIS L. SAMMARTINO, U.S. DISTRICT JUDGE
Printed name and title